UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 NOV -1  P 3: 22

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 1, 2000

Mr. Jimmie Faye Miles
P.O. Box 264
Crisfield, Maryland 21817

Re: JIMMIE F. MILES v. SHERWIN-WILLIAMS CO.
    Civil #L-00-1736

Dear Mr. Miles:

The Court is in receipt of your request for court-appointed counsel. I have considered the type and complexity of this case, the merits of your claim, and your ability to present the case. I do not find any exceptional circumstances warranting appointment of counsel at this time. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). Accordingly, your request for appointment of counsel is denied. If, at a later stage of these proceedings, it appears that the appointment of counsel is warranted, I will reconsider this ruling.

The defendant has filed a Motion to Dismiss. Your response to that motion is due on or before November 27, 2000. Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:  George M. Church, Esq.
    Court file