IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JIMMIE F. MILES | : |
| | : |
| v. | : CIVIL NO. L-00-1736 |
| | : |
| SHERWIN-WILLIAMS COMPANY | : |
| | : |

ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that Defendants' Motion to Dismiss is DENIED.

IT IS SO ORDERED this 2nd day of February, 2001.

_____
Benson Everett Legg
United States District Judge