# CHURCH & HOUFF, P.A.

Law Offices

2 North Charles Street
Suite 600 - B&O Building
Baltimore, Maryland 21201

Telephone: 410-539-3900
Facsimile: 410-539-3987
www.churchhouff.com

March 5, 2001

GEORGE M. CHURCH
410-427-3907
gchurch@churchhouff.com

**VIA HAND DELIVERY**

The Honorable Benson E. Legg
United States District Court
  for the District of Maryland
101 W. Lombard Street
Third Floor, Room 340
Baltimore, Maryland 21201

    Re:   Jimmie Faye Miles v. Sherwin-Williams Company
            Case No.: L-00-1736

Dear Judge Legg:

Pursuant to your Order of February 2, 2001, the Plaintiff and I mutually agreed to schedule her deposition for 1:30 p.m. on Friday, March 2, 2001 in my office. My secretary, Kathy Miller, received a telephone call from Ms. Miles at approximately 12:45 p.m. advising that she was on the "Baltimore-Washington Beltway" and that the person who was driving her to Baltimore had been pulled over by the police. Ms. Miles was advised by the Police Officer that she was fairly close to my office – approximately 30 minutes away. Ms. Miles advised Ms. Miller that she would probably be about 1 hour late. She never appeared.

At approximately 5:15 on the afternoon of March 2, 2001, Ms. Miles called me and advised me that the person who was driving her to Baltimore was "locked up" by the police. She wound up taking several buses to Washington, D.C. where she went to a friend's house. She advised me that she would like to reschedule the deposition and I certainly agreed to that. She further advised me that she would stay with her friend in Washington through this week and we agreed to reschedule her deposition to March 7, 2001 at 3:00 p.m. Under the circumstances, I

Approved -
Benson Legg
WJDS
3/6/01

The Honorable Benson E. Legg
Page 2
March 5, 2001

assume you have no objection to the deposition going forward at that time but I thought it would be best to advise you of the status of this matter.

If you need any additional information from me, please do not hesitate to contact me.

Very truly yours,

George M. Church

GMC/ksm

cc:   Ms. Jimmie Faye Miles

P.S.: Ms. Miles advised me that she can be located at her friend's home in Washington at 202-889-3361.