FILED
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 FEB 21  P 2: 47

JIMMIE F. MILES             :
                            :  AT BALTIMORE
     v.                     :  CIVIL NO. L-00-1736
                            :          DEPU
SHERWIN-WILLIAMS COMPANY    :

ORDER

Now pending is Defendant's Motion for Summary Judgment. In order to aid the Court in evaluating Defendant's Motion, the parties shall submit supplemental briefs addressing the following questions:

(i) was a new employee hired to replace Plaintiff after her termination?

(ii) If so, what was the race and gender of this new employee?

(iii) Where any other employees terminated for falsifying their employment applications?

Defendant's supplemental brief, which should include an affidavit and any relevant records, is due on or before March 1, 2002. If Plaintiff wishes to respond to Defendant's brief, her reply is due March 6, 2002.

Dated this 20TH day of February, 2002.

_____
Benson Everett Legg
United States District Judge

1