IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JIMMIE F. MILES                          :
                                         :
v.                                       : CIVIL NO. L-00-1736
                                         :
SHERWIN-WILLIAMS COMPANY                  :

### ORDER

For reasons stated in the memorandum of even date, the Court hereby GRANTS Defendant's Motion for Summary Judgment and directs the CLERK to CLOSE the case.

Dated this ___ day of March, 2002.

_____
Benson Everett Legg
United States District Judge